```
                                    FILED
                          CLERK, U.S.D.C. SOUTHERN DIVISION

                                 OCT 22 2013

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Lomas-Estrada, Gustavo<br><br>    Defendant. | Case No.: SACR95-34-AHS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on ___backgrd, cmty ties unknown; bail resources unknown; illegal immigration status; conduct in absconding___

1  from supervision; assoc w/multiple personal
2  identifiers; prior fta's
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on ___history of dui's___
8
9
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED:  __10/22/13__
17                                    ROBERT N. BLOCK
                                       UNITED STATES MAGISTRATE JUDGE